# BAR ACTIONS

## Discipline

*Note: More than 14,000 persons are eligible to practice law in Oregon. Some of them share the same name or similar names. All discipline reports should be read carefully for names, addresses and bar numbers.*

**SEAN L. HARTFIELD**
OSB # 020591
Portland
Public reprimand

Effective Sept. 23, 2010, the Oregon Supreme Court reprimanded Portland lawyer Sean L. Hartfield for violating RPC 8.4(a)(4) (conduct prejudicial to the administration of justice).

Hartfield represented a wife who successfully petitioned for a conservatorship over her husband. Hartfield failed to file an inventory in a timely fashion and the trial court issued a show cause order requiring Hartfield's appearance. Hartfield failed to appear. After the trial court contacted Hartfield, he appeared and explained that the husband had passed away. The trial court ordered Hartfield to file an inventory and final accounting and continued the show cause hearing. After requesting additional time, Hartfield failed to submit a letter to the trial court acknowledging the set over and failed to appear on the date he had requested. As a result, the trial court issued an order requiring Hartfield to appear and show cause why he should not be held in contempt. After Hartfield again failed to appear, the trial court removed Hartfield and his client from the matter and appointed another attorney as successor conservator.

The Oregon Supreme Court found that Hartfield's inaction harmed the substantive interests of his client and her husband, the protected person. The court further found that, by failing repeatedly to appear in court for scheduled hearings, and by failing to file an inventory or accounting, Hartfield unreasonably prolonged the conservatorship proceeding.

Plaintiff's Exhibit
__1__ of __1__